No. 540. LUCKENBACH STEAMSHIP COMPANY, INC., ET AL. *v.* W. R. GRACE & COMPANY, INC. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Peter S. Carter* and *Mr. Oscar R. Houston* for petitioners. *Mr. John M. Woolsey* and *Mr. Edward R. Laird, Jr.,* for respondent.

---

No. 542. JAMES F. BISHOP, ADMINISTRATOR, ETC., ET AL. *v.* GREAT LAKES TOWING COMPANY. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harry W. Standidge* for petitioners. *Mr. Harvey D. Goulder, Mr. Thomas H. Garry* and *Mr. Ralph F. Potter* for respondent.

---

No. 549. F. M. HATHAWAY ET AL. *v.* FORD MOTOR COMPANY. October 25, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John F. Logan* for petitioners. *Mr. Robert Treat Platt* and *Mr. Harrison G. Platt* for respondent.

---

No. 556. CENTRAL RAILROAD COMPANY OF NEW JERSEY *v.* EDNA MAY KNORR. October 25, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. Charles E. Miller* for petitioner. *Mr. Rush B. Trescott* for respondent.